In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00102-CR
_____

### NORMAN EDWARD CARRIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 12-278679**

### MEMORANDUM OPINION

On March 4, 2013, the trial court sentenced Norman Edward Carrio on a conviction for assault. Carrio filed a notice of appeal on March 4, 2013. The trial court entered a certification of Carrio's right to appeal, certifying that this is a plea-bargain case and that Carrio has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On March 21, 2013, the trial court signed an order granting a new trial.

On March 28, 2013, we notified the parties that we would dismiss the appeal unless Carrio established grounds for continuing the appeal. Carrio filed a response, but his response fails to establish that a judgment or order exists from which the trial court gave him a right to appeal. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered April 24, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.

2